# EXHIBIT K



OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

**FINAL**

### B. Type of Loan

| | |
|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.<br>4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number: 18-7036 |
| 7. Loan Number: | 8. Mortgage Insurance Case Number: |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agents are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>Lifelight Group LLC, a Florida Limited Liability Company<br>175 SW 7th Street, #2110, Miami, FL 33130 | E. Name & Address of Seller:<br>Novato Ventures, LLC, a Maryland Limited Liability Company<br>4505 Pacific Hwy E., Suite C2, Fife, WA 98424 | F. Name & Address of Lender: |
|---|---|---|
| G. Property Location:<br>2017 Sinclair Lane<br>Baltimore, MD 21213 | H. Settlement Agent:<br>Lawrence S. London, Esq., t/a Clear Title Group<br>106 Old Court Road, Suite 104, Baltimore, MD 21208<br>Telephone: 410-486-5456 Fax: 410-486-4678 | I. Settlement Date: 11/30/2018<br>Disbursement Date: 11/30/2018 |
| | Place of Settlement:<br>106 Old Court Road, Suite 104, Baltimore, MD 21208 | TitleExpress<br>Printed 11/28/2018 at 12:05 pm<br>by TP |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 50,000.00 | 401. Contract sales price | 50,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 37,301.09 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes  11/30/2018 to 06/30/2019 | 222.71 | 406. City/town taxes  11/30/2018 to 06/30/2019 | 222.71 |
| 107. County taxes  to | | 407. County taxes  to | |
| 108. Assessments  to | | 408. Assessments  to | |
| 109. | | 409. | |
| 110. | | 410. Credit from ABC to Seller | 938.31 |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **87,523.80** | **420. Gross Amount Due to Seller** | **51,161.02** |
| **200. Amounts Paid by or in Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. Deposit or earnest money | 5,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 13,229.22 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Disbursed as proceeds ($5,000.00) | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes  to | | 510. City/town taxes  to | |
| 211. County taxes  to | | 511. County taxes  to | |
| 212. Assessments  to | | 512. Assessments  to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. Ground Rent Adjustment  07/07/2018 to 11/30/2018 | 23.80 | 515. Ground Rent Adjustment  07/07/2018 to 11/30/2018 | 23.80 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **5,023.80** | **520. Total Reduction Amount Due Seller** | **13,253.02** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 87,523.80 | 601. Gross amount due to seller (line 420) | 51,161.02 |
| 302. Less amounts paid by/for borrower (line 220) | 5,023.80 | 602. Less reductions in amount due seller (line 520) | 13,253.02 |
| 303. Cash ☒ From ☐ To Borrower | 82,500.00 | 603. Cash ☒ To ☐ From Seller | 37,908.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. Settlement Charges

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $0.00 | to | | | | |
| 702. $0.00 | to | | | | |
| 703. Commission paid at settlement | | | | | |
| **800. Items Payable in Connection with Loan** | | | | | |
| 801. Our origination charge (Includes Origination Point 0.000% or $0.00) | | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | | (from GFE A) | | |
| 804. Appraisal fee | to | | (from GFE #3) | | |
| 805. Credit report | to | | (from GFE #3) | | |
| 806. Tax service | to | | (from GFE #3) | | |
| 807. Flood certification | to | | (from GFE #3) | | |
| 808. | to | | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | | | |
| 901. Daily interest charges from | from 11/30/2018 to 12/01/2018 @ $0.00/day | | (from GFE #10) | | |
| 902. Mortgage insurance premium | months to | | (from GFE #3) | | |
| 903. Homeowner's insurance | months to | | (from GFE #11) | | |
| 904. | months to | | (from GFE #11) | | |
| **1000. Reserves Deposited with Lender** | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | | |
| 1002. Homeowner's Insurance | months @ $ | /month | | | |
| 1003. Mortgage insurance | months @ $ | /month | | | |
| 1004. Property taxes | months @ $ | 31.80/month $ | | | |
| 1005. | months @ $ | /month | | | |
| 1006. Assessments | months @ $ | 0.00/month $ | | | |
| 1007. Aggregate Adjustment | | $ | | | |
| **1100. Title Charges** | | | | | |
| 1101. Title services and lender's title insurance | | $ | (from GFE #4) | 1,080.00 | |
| 1102. Settlement or closing fee | to | $ | | | |
| 1103. Owner's title insurance - First American Title Insurance Co. | | $ | (from GFE #5) | 403.20 | |
| 1104. Lender's title insurance - First American Title Insurance Co. | | $ | | | |
| 1105. Lender's title policy limit $0.00 Lender's Policy | | | | | |
| 1106. Owner's title policy limit $83,500.00 Owner's Policy | | | | | |
| 1107. Agent's portion of the total title insurance premium | | $322.56 | | | |
| 1108. Underwriter's portion of the total title insurance premium | | $80.64 | | | |
| 1109. Baltimore City Lien Cert (2) | to Lawrence S. London, Esq. | | | 110.00 | |
| 1110. Courier Fee | to Lawrence S. London, Esq. | | | | 35.00 |
| **1200. Government Recording and Transfer Charges** | | | | | |
| 1201. Government recording charges | | $ | (from GFE #7) | 60.00 | |
| 1202. Deed $60.00 | Mortgage $ | Release $ | | | |
| 1203. Transfer taxes | | $ | (from GFE #8) | 1,500.00 | |
| 1204. State Recordation Tax | Deed $500.00 | Mortgage $ | | | |
| 1205. State Transfer Tax | Deed $250.00 | Mortgage $ | | | |
| 1206. City Transfer Tax | Deed $750.00 | Mortgage $ | | | |
| **1300. Additional Settlement Charges** | | | | | |
| 1301. Required services that you can shop for | | | (from GFE #6) | | |
| 1302. Water Due | to Director of Finance | | | | 122.58 |
| 1303. Rehab Fee | to ABC Management - Baltimore | | | 33,500.00 | |
| 1304. Taxes Due (2018/19) | to Director of Finance | | | | 381.64 |
| 1305. Water Escrow | to BB&T - MAHT Account | | | | 200.00 |
| 1306. Ground Rent Due | to HMN, INC. | | | | 60.00 |
| 1307. Citation #55154348 | to Director of Finance | | | | 1,500.00 |
| 1308. Rental Registration | to Director of Finance | | | | 130.00 |
| 1309. Commission | to ABC Capital-Miami | | | | 10,020.00 |
| 1310. Processing Fee | to ABC Capital-Miami | | | 499.00 | |
| 1311. Homeowners Insurance & Fees | to Stateside APM | | | | 780.00 |
| 1312. Closing Fee | to ABC Capital - Baltimore, LLC | | | 148.89 | |
| **1400. Total Settlement Charges** | (enter on lines 103, Section J and 502, Section K) | | | 37,301.09 | 13,229.22 |

*Paid outside of closing by (B)orrower, (S)eller, (L)ender, (I)nvestor, Bro(K)er. **Credit by lender shown on page 1. ***Credit by seller shown on page 1.

**Signature Page**

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

LIFELIGHT GROUP LLC, A FLORIDA LIMITED LIABILITY COMPANY

_____
Jose Michan, Member

**Sellers**

NOVATO VENTURES, LLC, A MARYLAND LIMITED LIABILITY COMPANY

_____
Jay Hinrichs, Member

**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                    11-30-18
SETTLEMENT AGENT                                DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

DocuSign Envelope ID: BFB078B8-5506-4463-A17A-09CBE06459F9

**Signature Page**

## HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**Buyers**

LIFELIGHT GROUP LLC, A FLORIDA LIMITED LIABILITY COMPANY

*DocuSigned by:*
*Jose Michan*
José Michan, Member

**Sellers**

NOVATO VENTURES, LLC, A MARYLAND LIMITED LIABILITY COMPANY

_____
Jay Hinrichs, Member

**Settlement Agent**

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____          11-30-18
SETTLEMENT AGENT                   DATE

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.