# EXHIBIT X

AFTER RECORDING, PLEASE RETURN TO:
*Lawrence S. London, Esq., t/a Clear Title Group*
*106 Old Court Road*
*Suite 104*
*Baltimore, MD 21208*
*(410) 486-5456*
File No. 18-7414TP

# *ASSIGNMENT*

THIS DEED OF ASSIGNMENT, made this 30th day of November, 2018, by and between JV 1415 Poplar Grove LLC, Grantor, party of the first part; and Lifelight Group LLC, a Florida Limited Liability Company, Grantee, party of the second part.

WITNESSETH, that in consideration of the sum of Thirty-Five Thousand And 00/100 Dollars ($35,000.00), and other good and valuable considerations, the receipt whereof is hereby acknowledged, the said Grantor does grant and assign to the said Grantee, its successors and assigns the leasehold interest in all that lot of ground situate in the City of Baltimore, State of Maryland, and described as follows, that is to say:

1415 Poplar Grove Street—Baltimore, MD 21216
Ward 16 Section 22 Block 2332C Lot 008
($96.00 Annual Ground Rent)

BEGINNING FOR THE SAME on the east side of Poplar Grove Street at the distance of 143 feet 6 inches northerly from the northeast corner of Poplar Grove Street, and Belmont Avenue, which place of beginning is designated to be at the center of the partition wall there erected running thence north on the east side of Poplar Grove Street 20 feet 6 inches thence easterly parallel with Belmont Avenue 115 feet to the west side of an alley 10 feet wide thence southerly on the west side of said alley with the use and benefit of the same in common with others 20 feet 5 inches to intersect a line drawn easterly from the place of beginning parallel with Belmont Avenue and passing through the center of the partition wall in this description mentioned thence westerly reversing said line so drawn and binding thereon 115 feet to the place of beginning. The improvements thereon being known as No. 1415 Poplar Grove Street, Baltimore, MD 21216.

BEING that property which, by Assignment dated November 14, 2017, and recorded among the Land Records of the City of Baltimore, State of Maryland, in Liber No. 19736, folio 469, was granted and assigned by Capital Concepts Northwest LLC unto JV 1415 Poplar Grove LLC, the Grantor herein.

BY THE EXECUTION OF THIS DEED, the party of the first part hereby certify under the penalties of perjury that the actual consideration paid or to be paid, including the amount of any Mortgage or Deed of Trust outstanding, is as hereinbefore set forth.

TOGETHER with the buildings thereupon, and the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD the said described lot of ground and premises to the said Grantee, its successors and assigns, for all the residue of the term of years yet to come and unexpired therein, with the benefit of renewal forever, subject to the payment of the annual rent of $96.00 payable half-yearly on the 15th days of February and August in each and every year.

AND the said party of the first part hereby covenants that it has not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby assigned; that it will warrant specially the property hereby granted; and that it will execute such further assurances of the same as may be requisite.

WITNESS the hand and seal of the said Grantor.

JV 1415 POPLAR GROVE LLC

By: _____ {SEAL}
Peter Brooks, Authorized Person

COUNTY OF Philadelphia , STATE OF Pennsylvania :

AND NOW, this 29th day of November, 2018, before me, the undersigned Notary Public, appeared Peter Brooks, who acknowledged himself to be the Authorized Person of JV 1415 Poplar Grove LLC, a limited liability company, and he, as such Authorized Person being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing in my presence the name of the company by himself as such Authorized Person.

IN WITNESS WHEREOF, I hereunder set my hand and official seal.

My commission expires: 6/17/22         _____

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Michael Vincent Jarzyk, Notary Public
Philadelphia County
My commission expires June 17, 2022
Commission number 1334598
Member, Pennsylvania Association of Notaries

THIS IS TO CERTIFY that the within Deed of Assignment was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

David A. Rosenberg, Attorney

MARYLAND
FORM
**WH-AR**

**Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence**

**2018**

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**

   Name of Transferor      JV 1415 Poplar Grove LLC

2. **Reasons for Exemption**

   **Resident Status**  ☐  As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

   ☒  Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

   **Principal Residence**  ☐  Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

   **Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

3a. **Individual Transferors**

   Witness _____

   Name _____   **Date _____

   Signature _____

3b. **Entity Transferors**

   Witness/Attest _____

   JV 1415 POPLAR GROVE LLC
   Name of Entity _____

   By _____

   Peter Brooks        11/29/18
   Name        **Date

   Authorized Person
   Title

** Form must be dated to be valid.

Note: Form is only valid if recordation occurs within 60 days of execution of this form.

File No. 18-7414TP   Re: 1415 Poplar Grove Street, Baltimore, MD 21216