### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| **DR. JOSE MICHAN-LEVY**, et al. : | |
| : | No.: 2:21-cv-01917 |
| v. : | |
| : | |
| **ABC CAPITAL INVESTMENTS, LLC** : | |

### PARTIES' STIPULATION TO ENTER JUDGMENT AND ORDER

**WHEREAS**, on or about February 3, 2022, Dr. José Michan Levy and Lifelight Group, LLC (collectively, "Plaintiffs") and ABC Capital Investments, LLC, ABC Capital RE, Ltd, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital-Baltimore, LLC, ABC Management-Baltimore, LLC, Philly Metro Builders, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, 477 Management, LLC, 477 International Realty, LLC, IPP USA, LLC, Stateside APM, Ricardo Scattolini, Florencia Melendez, Jason P. Walsh, Amir Vana, and Yaron Zer (collectively, "Settled Defendants"), by and through their authorized representatives, attended a settlement conference before the Honorable Lynne A. Sitarski and resolved the claims asserted in this matter;

**WHEREAS**, on or about February 3, 2022, the Honorable Lynne A. Sitarski entered an Order dismissing this action with prejudice pursuant to Local Rule 41.1(b);

**WHEREAS**, a certain Settlement and Release Agreement memorializing Plaintiffs and Settled Defendants' settlement was executed by the Settled Defendants' authorized representatives on or about March 24, 2022 and March 28, 2022 (*see* Exhibit A, Pages 5-6) ("Settlement and Release Agreement");

**WHEREAS**, Settled Defendants made the first of four payments due under the Settlement and Release Agreement in the amount of $25,000;

**WHEREAS**, Settled Defendants had the duty to draft all necessary documents to effectuate the transfer of the 2528 Francis Street, Baltimore, MD 21217 Property and provide all such documents to Plaintiffs' Counsel no later than April 2, 2022 for execution by Plaintiff (*see* Exhibit A, Page 1;

**WHEREAS**, Settled Defendants are in default of the Settlement and Release Agreement by failing to provide the drafted documents to Plaintiffs' Counsel ("First Default");

**WHEREAS**, Settled Defendants' second payment due under the Settlement and Release Agreement was due on April 4, 2022 (*see* Exhibit A, Page 1);

**WHEREAS**, Settled Defendants are in default of the Settlement and Release Agreement for failure to make the second payment (i.e. the "Second Default");

**WHEREAS**, Settled Defendants had a ten-day period to cure any defaults, the time for which has now passed;

**WHEREAS**, Settled Defendants' third payment due under the Settlement and Release Agreement was due on April 18, 2022 (*see* Exhibit A, Page 1);

**WHEREAS**, Settled Defendants are in default of the Settlement and Release Agreement for failure to make the third payment (i.e. the "Third Default");

**WHEREAS**, Settled Defendants authorized their counsel of record to execute a stipulation of judgment should Settled Defendants fail to timely cure any default (*see* Exhibit A, Page 2);

**WHEREAS**, Settled Defendants have agreed to pay the total sum of $182,000, representing only the second and third payment under the Settlement and Release Agreement by May 31, 2022;

**WHEREAS**, pursuant to the Settlement and Release Agreement, Settled Defendants will then make the fourth and final payment of $50,000 on or before August 31, 2022.

**WHEREAS**, Settled Defendants will draft all necessary documents to effectuate the transfer of the 2528 Francis Street, Baltimore, MD 21217 Property and provide all such documents to Plaintiffs' Counsel no later than May 31, 2022 for execution by Plaintiff;

**AND NOW**, on this 26th day of April 2022, Plaintiffs and Settled Defendants, by and through their undersigned counsel, hereby **STIPULATED** and **AGREED** that should Settled Defendants fail to pay the total sum of $182,000 by May 31, 2022, judgment may be entered on June 1, 2022, jointly and severally, in the amount of $232,000 against Defendants, ABC Capital Investments, LLC, ABC Capital RE, Ltd, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital-Baltimore, LLC, ABC Management-Baltimore, LLC, Philly Metro Builders, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, 477 Management, LLC, 477 International Realty, LLC, IPP USA, LLC, Stateside APM, Ricardo Scattolini, Florencia Melendez, Jason P. Walsh, Amir Vana, and Yaron Zer.

It is further **STIPULATED** and **AGREED** that the February 3, 2022 Order dismissing this action with prejudice pursuant to Local Rule 41.1(b) is **VACATED**.

It is further **STIPULATED** and **AGREED** that the Parties request the Court to enter an Order dismissing this action with prejudice pursuant to Local Rule 41.1(b) in order to ensure the Court has jurisdiction for an additional ninety days.

Respectfully submitted,

| | |
|---|---|
| **WEISBERG LAW** | **THE SWAIN LAW FIRM** |
| */s/ L. Anthony DiJiacomo, III* | s/Andrew D. Swain, Esquire |
| Matthew B. Weisberg, Esquire | Andrew D. Swain, Esquire |

| | |
|---|---|
| L. Anthony DiJiacomo, III, Esquire<br>*Attorneys for Plaintiffs* | *Attorney for Defendants, ABC Capital Investments, LLC, ABC Capital RE, Ltd, ABC Capital RE, ABC Capital Miami, LLC, ABC Capital-Baltimore, LLC, ABC Management-Baltimore, LLC, Philly Metro Builders, LLC, ABC Capital Finance, LLC, ABC Capital Holdings, LLC, ABC Capital Income Fund, LLC, ABC Capital Realty, LLC, 477 Management, LLC, 477 International Realty, LLC, IPP USA, LLC, Stateside APM, Ricardo Scattolini, Florencia Melendez, Jason P. Walsh, Amir Vana, and Yaron Zer* |

 

**IT IS SO ORDERED.**

_____
**J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| **DR. JOSE MICHAN-LEVY**, et al. : | |
| : | No.: 2:21-cv-01917 |
| v. : | |
| : | |
| **ABC CAPITAL INVESTMENTS, LLC** : | |

**CERTIFICATE OF SERVICE**

    I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 26th day of April 2022, a true and correct copy of the foregoing Stipulation was served via ECF on the following counsel:

Andrew D. Swain, Esquire
THE SWAIN LAW FIRM, LLC
2410 Bristol Rd.
Bensalem, PA 19020

                                                  **WEISBERG LAW**

                                                   */s/ L. Anthony DiJiacomo, III*
                                                  Matthew B. Weisberg, Esquire
                                                  L. Anthony DiJiacomo, III, Esquire
                                                  *Attorneys for Plaintiffs*