IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DR. JOSE MICHAN-LEVY, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | No.: 21-cv-1917 |
| | : | |
| **ABC CAPITAL INVESTMENTS, LLC, et al.,** | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW,** this ___23RD___ day of September, 2025, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Gary Schafkopf, Esquire
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
Christopher A. Bradley, Esquire
Andrew D. Swain, Esquire